IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>[1] ALEXIS SERRANO-ORTIZ,<br>[2] FELIX MORALES-DIAZ,<br><br>Defendants. | CRIMINAL NO. 13 - 699 ( DRD )<br><br>VIOLATIONS:<br>18 U.S.C. § 922(e), 1715, 371, 2<br><br>FORFEITURE:<br>18 U.S.C. § 924(d)(1)<br>28 U.S.C. § 2461(c) |

INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

On or about May 13, 2013, in the District of Puerto Rico and elsewhere, and within the jurisdiction of this Court, the defendants:

[1] ALEXIS SERRANO-ORTIZ,
[2] FELIX MORALES-DIAZ,

aiding and abetting each other, did knowingly deliver and cause to be delivered to a common carrier for transportation and shipment in interstate commerce, to persons other than licensed importers, licensed manufacturers, licensed dealers, and licensed collectors, a package in which there were firearms, that is:

1. one Glock Pistol, model 27, .40 caliber, serial number UTG405;

2. one Glock Pistol, model 30, .45 caliber, serial number NGF075;

3. one Glock Pistol, model 30, .45 caliber, serial number CUZ596US;

4. one Glock Pistol, model 30, .45 caliber, serial number DHY360;

5. one Glock Pistol, model 21, .45 caliber, serial number NPM590; and

6.  one Glock Pistol, model 22, .40 caliber, serial number URX146;

without written notice to the carrier that such firearms were being transported and shipped.

All in violation of Title 18, United States Code, Section 922(e) and 2.

## COUNT TWO

On or about May 13, 2013, in the District of Puerto Rico and elsewhere, and within the jurisdiction of this Court, the defendants:

**[1] ALEXIS SERRANO-ORTIZ,**
**[2] FELIX MORALES-DIAZ,**

aiding and abetting each other, knowingly deposited for mailing and delivery via the United States Postal Service, a firearm capable of being concealed on the person and declared nonmailable by Title 18 U.S.C. § 1715, that is:

1.  one Glock Pistol, model 27, .40 caliber, serial number UTG405;

2.  one Glock Pistol, model 30, .45 caliber, serial number NGF075;

3.  one Glock Pistol, model 30, .45 caliber, serial number CUZ596US;

4.  one Glock Pistol, model 30, .45 caliber, serial number DHY360;

5.  one Glock Pistol, model 21, .45 caliber, serial number NPM590; and

6.  one Glock Pistol, model 22, .40 caliber, serial number URX146;

All in violation of Title 18, United States Code, Section 1715 and 2.

## COUNT THREE

From a date unknown and continuing until on or about May 13, 2013, in the District of Puerto Rico and elsewhere, and within the jurisdiction of this Court, the defendants,

**[1] ALEXIS SERRANO-ORTIZ,**
**[2] FELIX MORALES-DIAZ,**

knowingly and willfully conspired and agreed to commit offenses against the United States, that is: the delivery of firearms to a common carrier and depositing for mailing and delivery via the United States Postal Service, a firearm capable of being concealed on the person, as charged in Counts One and Two of this Indictment, which allegations are re-alleged and incorporated by reference herein, in violation of Title 18, United States Code, Sections 922(e) and 1715.

### Purpose & Object of the Conspiracy

It was the purpose and object of the conspiracy to illegally ship, via the U.S. Postal Service, firearms from the State of Florida to the Commonwealth of Puerto Rico.

### Manner & Means of the Conspiracy

It was part of the conspiracy that defendants would illegally ship firearms via the United States Postal Service from the State of Florida to the Commonwealth of Puerto Rico.

### Overt Act

In furtherance of the conspiracy and to achieve its objects, on or about May 13, 2013, the defendants knowingly shipped, via the United States Postal Service, from the State of Florida to the Commonwealth of Puerto Rico, firearms, that is:

1. one Glock Pistol, model 27, .40 caliber, serial number UTG405;
2. one Glock Pistol, model 30, .45 caliber, serial number NGF075;
3. one Glock Pistol, model 30, .45 caliber, serial number CUZ596US;
4. one Glock Pistol, model 30, .45 caliber, serial number DHY360;
5. one Glock Pistol, model 21, .45 caliber, serial number NPM590; and
6. one Glock Pistol, model 22, .40 caliber, serial number URX146;

All in violation of Title 18, United States Code, Section 371.

## FORFEITURE ALLEGATION
## 18 U.S.C. § 924(d)(1) & 28 U.S.C. § 2461(c)

The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of one or more of the offenses set forth in Counts One through Three of this Indictment, the defendants:

**[1] ALEXIS SERRANO-ORTIZ,**
**[2] FELIX MORALES-DIAZ,**

shall forfeit to the United States any firearm and ammunition involved or used in the willful commission of the offense, including, but not limited to:

1. one Glock Pistol, model 27, .40 caliber, serial number UTG405;

2. one Glock Pistol, model 30, .45 caliber, serial number NGF075;

3. one Glock Pistol, model 30, .45 caliber, serial number CUZ596US;

4. one Glock Pistol, model 30, .45 caliber, serial number DHY360;

5. one Glock Pistol, model 21, .45 caliber, serial number NPM590; and

6. one Glock Pistol, model 22, .40 caliber, serial number URX146;

All pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

TRUE BILL

JOSE A. RUIZ-SANTIAGO
Assistant United States Attorney
Chief, Criminal Division

FOREPERSON

Date: 09/25/2013

JOSE CAPO-IRIARTE
Assistant United States Attorney
Chief, Violent Crimes Unit

JUSTIN R. MARTIN
Assistant United States Attorney